JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINALDO GARCIA CHAVEZ, an individual, and ARCELIA CHAVEZ, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-08802-MEMF-SK<br><br>*Assigned for all purposes to: Hon. Maame Ewusi-Mensah Frimpong*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

## ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: November 4, 2025

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Court Judge